THE HONORABLE JOHN H. CHUN

1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

10 | OCEAN SERVICES, LLC, a Washington limited liability company,

NO. 2:22-cv-01058-JHC

11

Plaintiff,

PRETRIAL ORDER

12

13 | v.

14 | OMNI2MAX, INC., a California Corporation

15

Defendant.

16

17 | OMNI2MAX, INC., a California Corporation,

18

19 | Counterclaimant/Third-Party Plaintiff,

20 | v.

21 | OCEAN SERVICES, LLC, a Washington limited liability company,

22

Counter-defendant,

23 | STABBERT MARITIME, LLC, a Washington limited liability company, OCEAN GUARDIAN HOLDING, LLC, a Washington limited liability company,

24

25

Third-Party Defendants.

26

27

ATTORNEYS AT LAW
BAUFRE MOYNIHAN & JOHNSON LLP
2101 FOURTH AVENUE, STE 2400
SEATTLE, WASHINGTON 98121
TELEPHONE: (206) 443-3400

**JURISDICTION**

Jurisdiction is vested in this court by virtue of 28 U.S.C. § 1333 because it involves the rights of parties to maritime contracts involving the charter of the vessel OCEAN VALOR.

**CLAIMS AND DEFENSES**

Plaintiff Ocean Services, Inc. will pursue at trial the following claims:

1.      Declaratory Judgment on the rights and obligation of the parties relevant to the time charter of the vessel OCEAN VALOR and to the extent the MSC Contract conflicts with the BIMCO, the BIMCO governs.  In particular, the parties have disputes over the following terms:

> A.      The Scope of Employment of the Vessel.
>
> B.      Whether Omni2Max must pay for Maintenance Days pursuant to the BIMCO Charter.
>
> C.      Indemnity and Insurance requirements.
>
> D.      Whether the Termination provision in the BIMCO Charter Party applies.

2.      Declaration of the daily rate of charter hire due under the Charter Party.

3.      Claim for Money due for Charter Hire under the contract which is equal to the amount invoiced less the amounts paid plus interest.

4.      Declaration that Ocean Services has no obligation to pay for the costs of the Omni2Max Vessel Coordinator.

Defendant Omni2Max, Inc. disputes the factual assertions in Plaintiff's claims, including as framed in its above-listed claims it intends to pursue at trial, and will pursue the following affirmative defenses:

> 1.      Failure to State a Claim: Ocean Services failed to state a claim on which relief may be granted.

ATTORNEYS AT LAW
BAUFRE MOYNIHAN & JOHNSON LLP
2101 FOURTH AVENUE, STE  2400
SEATTLE, WASHINGTON  98121
TELEPHONE: (206) 443-3400

2.      Failure to Mitigate: Ocean Services failed to mitigate its damages, if any.

3.      Lack of Causation: Ocean Services' damages, if any, were not caused by Omni2Max or were caused by the actions or inactions of third parties over whom Omni2Max had no control.

4.      Doctrine of Estoppel: Ocean Services' claims are barred by the Doctrine of Estoppel.

5.      Unclean Hands: Ocean Services' claims, to the extent based in equity, are barred by the Doctrine of Unclean hands.

6.      Prior Breach/Excuse of Performance: Ocean Services' own breaching conduct precludes its recovery under the applicable contract terms and/or excuses Omni2Max from the demanded performance.

7.      Payment: Ocean Services' claims are barred because it has been paid in full or substantially so.

8.      Ripeness: Issues raised by Ocean Services' Complaint are not ripe for adjudication.

9.      Mootness: Issues raised by Ocean Services' Complaint are now moot.

10.      Express Terms Govern: The allegations of Ocean Services' Complaint are inconsistent with the terms and conditions of the agreement between the parties, which govern.

11.      Comparative or Contributory Fault: Ocean Services' injuries and damages as alleged in their Complaint, if any, are the result of its own comparative fault and contributory conduct.

12.      Authorization: Omni2Max's conduct, including without limitation calculating payments it made to Ocean Services, as alleged by Ocean Services' Complaint, is authorized by the agreement between the parties and by applicable law, including the laws of Washington and the federal maritime laws.

ATTORNEYS AT LAW
BAUFRE MOYNIHAN & JOHNSON LLP
2101 FOURTH AVENUE, STE  2400
SEATTLE, WASHINGTON  98121
TELEPHONE: (206) 443-3400

13.     Offset: Plaintiffs' damages, if any, must be reduced or eliminated by the doctrine of offset.

14.     Impossibility or Impracticability: Omni2Max is excused from performing any promise Ocean Services seeks to enforce as a result of such performance having been made impossible or impracticable, meaning Omni2Max's promise, if any, could not be performed, or could only be performed with extreme and unreasonable difficulty, expense, or risk of injury or loss, as a result of a fortuitous, i.e., a chance or accidental, event that was unexpected and unavoidable by that party.

15.     Frustration of Purpose: Omni2Max's remaining duties of performance under any contract with Ocean Services, to the extent not fully performed, are excused if Omni2Max's principal purpose is substantially frustrated, without its fault, by the occurrence of an unforeseen event when the non-occurrence of such an event was a basic assumption on which the contract was made.

16.     Mutual Mistake: The contract asserted by Ocean Services, on the terms asserted by Ocean Services, is unenforceable, void and/or invalid as a result of a mistake by both parties to such contract, such that (1) both parties were independently mistaken as to a basic assumption regarding existing facts, upon which Omni2Max relied in making the contract, and (2) the mistake changed the bargain so much that Omni2Max would not have entered into the contract if it had been aware of the mistake.

17.     Unilateral Mistake: The contract asserted by Ocean Services, on the terms asserted by Ocean Services, is unenforceable, void and/or invalid as a result of a mistake by Omni2Max as to a basic assumption regarding existing facts, upon which it relied in making the contract, and the mistake changed the bargain so much that Omni2Max would not have entered into the contract if it had been aware of the mistake, and Ocean Services knew or had reason to know of the mistake, or its fault caused the mistake.

ATTORNEYS AT LAW
BAUFRE MOYNIHAN & JOHNSON LLP
2101 FOURTH AVENUE, STE 2400
SEATTLE, WASHINGTON 98121
TELEPHONE: (206) 443-3400

18.     Waiver: Ocean Services' claims are subject to waiver, as it intentionally, either through direct statements or by implication through unequivocal statements or conduct, gave up a known right it now seeks to enforce despite knowing all of the relevant facts at the time of such waiver.

19.     Lack of Mutual Assent: In order for there to be mutual assent, the parties must agree on the essential terms of the contract, and must express to each other their agreement to the same essential terms. The parties did not share or manifest a mutual assent to the terms as asserted by Ocean Services.

20.     Modification: If the parties entered into a contract, Omni2Max and Ocean Services manifested a mutual assent to modify the contract, such assent shown through each party's words or conduct, such that there was an agreement of the parties on all essential terms of the contract modification, and the parties intended the new terms to alter the original contract terms.

21.     Ratification: If the parties entered into a contract, and to the extent the contract between them is inconsistent with any contract Omni2Max holds or held with the federal government corresponding to such relationship between the parties, then Ocean Services implicitly or expressly ratified terms of Omni2Max's contract with the government as it had full knowledge of the material facts and (1) received, accepted, and retained benefits from such contract, (2) remained silent, acquiesced, and failed to repudiate or disaffirm such contract, or (3) otherwise exhibited conduct demonstrating an adoption and recognition of the contract as binding.

Omni2Max, Inc. will pursue the following counterclaims, to confirm and enforce the details and terms of the parties' agreements with regard to pursuing and performing the MSC Contract, including:

1.     Breach of contract and a breach of the covenant of good faith and fair dealing regarding the terms as agreed by the parties, whether orally or in writing, to pursue and perform the MSC Contract;

ATTORNEYS AT LAW
BAUFRE MOYNIHAN & JOHNSON LLP
2101 FOURTH AVENUE, STE  2400
SEATTLE, WASHINGTON  98121
TELEPHONE: (206) 443-3400

2.      Promissory estoppel or quasi contract regarding the terms as agreed by the parties, whether orally or in writing, to pursue and perform the MSC Contract;

3.      To the extent any issues remain following the Court's order granting Omni2Max's motion for summary judgment, declaratory judgment or ratification regarding the applicability of the terms of the MSC Contract to Ocean Services.

In view of events occurring after the parties filed their pleadings, issues related to the facility security clearance (FCL) no longer must be decided by the Court, though certain related facts and evidence may remain relevant to the issues that remain. Accordingly the parties anticipate filing a stipulation for dismissal of the third-party defendants and claims no longer at issue.

Plaintiff Ocean Services will raise the following affirmative defenses to defendants counterclaims:

1.      Mutual Mistake:   If there was no meeting of the minds between the parties over the essential terms of the contract, then there is no contract between the parties.

## ADMITTED FACTS

The following facts are admitted by the parties:

1.      Ocean Services, LLC is a Washington limited liability company, tasked with developing business for the M/V OCEAN VALOR, a civilian commercial vessel for which it is the beneficial owner pursuant to a bareboat charter agreement.

2.      Omni2Max, Inc. is a California corporation that is a defense contracting firm that provides government contract management.

3.  In December 2020, Military Sealift Command ("MSC") issued Solicitation No. N32205-21-R-4112 ("2021 RFP") for the award of a contract to use a civilian vessel to perform various MSC operations at sea. Ocean Services recognized the opportunity, and knew that it owned a vessel, the M/V OCEAN VALOR, that could be adapted for performing the contract if awarded to it.

ATTORNEYS AT LAW
BAUFRE MOYNIHAN & JOHNSON LLP
2101 FOURTH AVENUE, STE  2400
SEATTLE, WASHINGTON  98121
TELEPHONE: (206) 443-3400

4.      The 2021 RFP required a "secret" classification facility security clearance ("FCL"), so Ocean Services approached Omni2Max to serve as the prime contractor, since Omni2Max held an FCL, and Ocean Services did not.

5.      On multiple prior occasions, the parties had worked together to try to win government contracts that had an FCL requirement, but had not yet managed to win an award of one.  (Objected to as admissibility by Ocean Services).

6.      The 2021 RFP invited bidding on a substantial contract for one year with four additional MSC "option" years for the exclusive use of a civilian vessel. The vessel of the successful bidder would "operate out of Southern California (San Diego/Port Hueneme) and throughout the United States West Coast to include Hawaii, for the first option year. In subsequent option years, the vessel may operate in the Western Pacific and Alaska."

7.      The parties contemplated that although Omni2Max would be the prime contractor and hold the FCL, Ocean Services would provide and crew the vessel.

8.      The 2021 RFP consisted of a Performance Work Statement ("PWS"), which described the requisite technical performance of the contract, and the more detailed full solicitation that explained the full nature of technical performance requirements if awarded the contract. The parties reviewed the PWS and 2021 RFP.

9.      Ocean Services drafted nearly the entire proposal, addressed all technical aspects, and set the pricing terms with Omni2Max's agreement.  On February 6, 2021, Omni2Max submitted the proposal to MSC, including documents that Ocean Services prepared.

10.     MSC required that Omni2Max establish that it had a right as the proposed prime contractor to offer the civilian vessel for a government charter. In an earlier joint bidding effort, one reason the government excluded their bid from consideration was because the letters of commitment to use the vessel did not satisfy the requirement that Omni2Max prove it had the right to offer the vessel for charter to MSC.

ATTORNEYS AT LAW
BAUFRE MOYNIHAN & JOHNSON LLP
2101 FOURTH AVENUE, STE  2400
SEATTLE, WASHINGTON  98121
TELEPHONE: (206) 443-3400

11.     To avoid that same result, the parties asked MSC to "confirm that, if not the vessel owner, the offeror is not restricted to a Bareboat Charter … and that it may fulfill this requirement with a time charter agreement …, specifically using a BIMCO Supplytime 2017 vessel charter format." *Exhibit 1*.

12.     MSC confirmed that "the offeror is not restricted to a Bareboat Charter and that it may fulfill this requirement with a time charter agreement."

13.     Ocean Services prepared a draft BIMCO Time Charter agreement ("BIMCO") that would prove to MSC that Omni2Max had a right to offer MSC the vessel.

14.     On February 2, 2021, Pete Tatro of Ocean Services sent the draft BIMCO for use of the OCEAN VALOR to Omni2Max's then-Vice President, Michael Rin.

15.     Ocean Services executed the BIMCO on February 3, 2021. Omni2Max executed the BIMCO on February 4, 2021.

16.     On March 26, 2021, MSC notified Omni2Max that the proposal it submitted for the OCEAN VALOR was within the competitive range such that they may still be awarded the contract. On April 2, 2021, MSC issued Amendment 0005 to the 2021 RFP, which, among other things, set the proposal due date as April 8, 2021.

17.      On April 8, 2021, Ocean Services provided Omni2Max additional documents needed to finalize submission of the proposal responsive to Amd. 0005.

18.     MSC notified Omni2Max that the April 8th proposal remained within the competitive range. MSC also issued Amd. 0006 to the 2021 RFP, which, among other things, reset the proposal due date to April 29, 2021.

19.     In view of the extension, Ocean Services considered "the opportunity to adjust pricing if we want to." Ocean Services lowered the proposed charter hire pricing to make the bid more competitive.  Omni2Max submitted the revised proposal.

20.     On May 17, 2021, MSC informed Omni2Max that it awarded the contract for the 2021 RFP ("MSC Contract") to Omni2Max as prime contractor.

ATTORNEYS AT LAW
BAUFRE MOYNIHAN & JOHNSON LLP
2101 FOURTH AVENUE, STE  2400
SEATTLE, WASHINGTON  98121
TELEPHONE: (206) 443-3400

21.     The OCEAN VALOR has been on charter from Ocean Services to Omni2Max, and Omni2Max to MSC, since delivery to port in San Diego on October 13, 2021.

22.     In August of 2021, the parties began discussing jointly hiring a vessel coordinator to assist with performance of the contract.

23.     In February of 2022, Hairston Hamby was hired to be a vessel coordinator.

24.     Jonathan Edwards replaced Hairston Hamby as a vessel coordinator.

25.     Omni2Max has deducted the costs of the vessel coordinator from the charter hire paid by MSC.

ISSUES OF LAW

The following are the issues of law to be determined by the court:

PLAINTIFF OCEAN SERVICE'S ISSUES OF LAW:

1.     How do the terms of the BIMCO and the MSC Contract interact with one another to determine the obligations of Ocean Services to Omni2Max?

2.     Is Omni2Max entitled to deduct the costs of the Vessel Coordinator from its payments to Ocean Services?

3.     What is the appropriate daily charter hire Omni2Max owes for the OCEAN VALOR?

4.     Is Ocean Services entitled to Charter Hire for the Maintenance Days it claims pursuant to the BIMCO?

5.     Is Omni2Max bound by the insurance and indemnity obligations in the BIMCO Charter Party?

6.     Does Ocean Services have any legal obligation to provide vessel services beyond the limitations contained in the BIMCO?

7.     What is the appropriate rate of interest on unpaid amounts?

DEFENDANT OMNI2MAX'S ISSUES OF LAW:

ATTORNEYS AT LAW
BAUFRE MOYNIHAN & JOHNSON LLP
2101 FOURTH AVENUE, STE  2400
SEATTLE, WASHINGTON  98121
TELEPHONE: (206) 443-3400

1.      Whether Ocean Services must comply with its performance obligations under the MSC Contract, notwithstanding purported inconsistencies in the BIMCO?

2.      Whether the parties' arrangement and terms of agreement as Omni2Max contends existed are the enforceable terms of the prime contractor-subcontractor relationship for performance of the MSC Contract?

3.      What are the terms of payment under the parties' applicable agreements?

4.      Whether Omni2Max has paid Ocean Services the full amount of money to which it is owed under any applicable agreed terms?

5.      Whether in light of the recent summary judgment Order of the Court, the MSC is an indispensable party to any claims or issues Plaintiff may seek to resolve regarding its future performance obligations such that the Court may not adjudicate such claims in this action.

## EXPERT WITNESSES

(a) Each party shall be limited to expert witness(es) on the issues of: No expert designations made by either side.

(b) The name(s) and addresses of the expert witness(es) to be used by each party at the trial and the issue upon which each will testify is:

(1) On behalf of plaintiff;

No expert witnesses.

(2) On behalf of defendant.

No expert witnesses.

## OTHER WITNESSES

The names and addresses of witnesses, other than experts, to be used by each party at the time of trial and the general nature of the testimony of each are:

(a) On behalf of plaintiff: (E.g., Jane Doe, 10 Elm Street, Seattle, WA; will testify concerning formation of the parties' contract, performance, breach and damage to plaintiff.)

1.      Pete Tatro

PRETRIAL ORDER - 10
NO. 2:22-cv-01058-JHC

Ocean Services
c/o Bauer Moynihan & Johnson LLP
2101 Fourth Avenue Suite 2400
Seattle, Washington 98121

Mr. Tatro will testify regarding the formation of the Contract between the parties and the Contracting process, discussions related to the Vessel Coordinator and the performance of the Contract.

      2.    Dan Stabbert
            Ocean Services

Mr. Stabbert will testify regarding the negotiations regarding the sharing of revenue and the hiring of the vessel coordinator.

      3.    Lindsay Sckorohod
            Ocean Services

Ms. Sckorohod will testify regarding the indemnity and insuring provisions in the BIMCO Charter Party.

      6.    Kelly Allison
            Ocean Services

Ms. Allsion will testify regarding the invoicing by Ocean Services and payments by Omni2Max for the use of the OCEAN VALOR.

      7.    Michael Rin
            224 Huntington Point Road, Unit No. 44
            Chula Vista, California 91914

Mr. Rin will testify via deposition regarding the negotiation of the BIMCO Charter Party and submitting the response to proposal.  The entirety of Mr. Rin's deposition will be offered.

      8.  Hariston Hamby
           3565 Timberbrooke Trail
           Poland, Ohio  44514

Mr. Hamby will testify via deposition regarding his position with Omni2Max and his hiring.  The entirety of Mr. Hamby's deposition will be offered.

      9.  Allen Maxwell
           Omni2Max, c/o defense counsel

Mr. Maxwell will testify regarding the business practices of Omni2Max, it entering into the contract with Ocean Services, its performance of the contract with Ocean Services, the relationship between the government and Ocean Services, and its performances of the MSC Contract.

ATTORNEYS AT LAW
BAUFRE MOYNIHAN & JOHNSON LLP
2101 FOURTH AVENUE, STE  2400
SEATTLE, WASHINGTON  98121
TELEPHONE: (206) 443-3400

(b) On behalf of defendant:

    1.    Allen Maxwell

        President & CEO, Omni2Max, c/o defense counsel.

Mr. Maxwell will testify about the facts and circumstances related to the relationship and history between the parties, the events leading up to award of the MSC Contract and the agreements between the parties, the events since award of the MSC Contract leading to this lawsuit, experience with government contracting and Omni2Max's business and operations.

    2.    Teddy  Santos

        Contracts Manager, Omni2Max, c/o defense counsel.

Mr. Santos will testify about the facts and circumstances related to the relationship and history between the parties, the events leading up to award of the MSC Contract and the agreements between the parties, the events since award of the MSC Contract leading to this lawsuit, experience with government contracting and Omni2Max's business and operations.

    3.    Ena Biong

        Finance Manager, Omni2Max, c/o defense counsel.

Ms. Biong will testify about the facts and circumstances relating to the financial details of the MSC Contract performance, including issues related to invoices Omni2Max receives from Ocean Services, invoices submitted by Omni2Max to MSC, payments received by MSC, payment to Ocean Services, and other issues related thereto.

    4.    Jon Edwards

        Vessel Coordinator, Omni2Max, c/o defense counsel.

Mr. Edwards will testify regarding his role as vessel coordinator for the OCEAN VALOR in the performance of the MSC Contract, interactions with MSC and Ocean Services' crew and personnel, and other issues related thereto.

    5.    Dan Stabbert

        Ocean Services, c/o plaintiff's counsel.

ATTORNEYS AT LAW
BAUFRE MOYNIHAN & JOHNSON LLP
2101 FOURTH AVENUE, STE  2400
SEATTLE, WASHINGTON  98121
TELEPHONE: (206) 443-3400

Mr. Stabbert will be called to testify regarding the relationship and history between the parties, the events leading up to award of the MSC Contract and the agreements between the parties, the events since award of the MSC Contract leading to this lawsuit. Plaintiff's counsel represented to defense counsel that Mr. Stabbert will appear in person at trial; however, if for any reason that changes and he is later deemed unavailable, defendant reserves the right to then seek leave to present his deposition testimony in lieu of live testimony.

6.   Lindsay Sckorohod

Ocean Services, c/o plaintiff's counsel.

Ms. Sckorohod will be called to testify regarding her recollection of events leading up to award of the MSC Contract and the agreements between the parties, the events since award of the MSC Contract leading to this lawsuit.  Ms. Sckorohod was designated as a representative witness pursuant to Rule 30(b)(6) on certain topics at her deposition, and will be expected to testify on such matters consistent therewith. Plaintiff's counsel represented to defense counsel that Ms. Sckorohod will appear in person at trial; however, if for any reason that changes and she is later deemed unavailable, defendant reserves the right to seek leave to present her deposition testimony in lieu of live testimony.

7.   Pete Tatro

Ocean Services, c/o plaintiff's counsel.

Mr. Tatro will be called to testify regarding the relationship and history between the parties, the events leading up to award of the MSC Contract and the agreements between the parties, the events since award of the MSC Contract leading to this lawsuit. Mr. Tatro was designated as a representative witness pursuant to Rule 30(b)(6) on most topics at his deposition, and will be expected to testify on such matters consistent therewith. Plaintiff's counsel represented to defense counsel that Mr. Tatro will appear in person at trial; however, if for any reason that changes and he is deemed unavailable, defendant reserves the right to seek leave to present his deposition testimony in lieu of live testimony.

PRETRIAL ORDER - 13
NO. 2:22-cv-01058-JHC

ATTORNEYS AT LAW
BAUFRE MOYNIHAN & JOHNSON LLP
2101 FOURTH AVENUE, STE  2400
SEATTLE, WASHINGTON  98121
TELEPHONE: (206) 443-3400

8.     Neal Forde

Ocean Services, c/o plaintiff's counsel.

Mr. Forde will be called to testify regarding his involvement in building the relationship between the parties and history of interactions, the events leading up to award of the MSC Contract to the extent he was involved (or not), and his involvement in the events since award of the MSC Contract leading to this lawsuit.  Plaintiff's counsel represented to defense counsel that Mr. Forde will appear in person at trial; however, if for any reason that changes and he is deemed unavailable, defendant reserves the right to seek leave to present his deposition testimony in lieu of live testimony.

9.     Kelly Allison

Ocean Services, c/o plaintiff's counsel.

Ms. Allison will be called to testify regarding her involvement in the history between the parties, the events leading up to award of the MSC Contract and the agreements between the parties, the events since award of the MSC Contract leading to this lawsuit, and financial issues in performance of the MSC Contract. Ms. Allison was designated as a representative witness pursuant to Rule 30(b)(6) on certain topics at her deposition, including damages and invoicing issues, and will be expected to testify on such matters consistent therewith. Plaintiff's counsel represented to defense counsel that Ms. Allison will appear in person at trial; however, if for any reason that changes and she is deemed unavailable, defendant reserves the right to seek leave to present her deposition testimony in lieu of live testimony.

10.    Mary Perry

Operations Manager, Omni2Max, c/o defense counsel.

Ms. Perry may testify regarding her role in handling certain operations of Omni2Max related to the charter of the OCEAN VALOR in the performance of the MSC Contract, interactions with MSC and Ocean Services' crew and personnel, and other issues related thereto, including but not limited to security clearance issues.

EXHIBITS

PRETRIAL ORDER - 14
NO. 2:22-cv-01058-JHC

Pursuant to the Court's order regulating pretrial matters, the parties submit the following preliminary exhibit lists, with Plaintiff's exhibits starting at "1" and Defendant's starting at "500." The parties are continuing to refine the exhibit list, including working to remove duplicative exhibits consistent with the Court's order.

## PLAINTIFFS EXHIBITS

| EX. # | Description | Authenticity | Admissibility | Objection | Admitted |
|---|---|---|---|---|---|
| 1 | Signed BIMCO Agreement, | Y | Y | | |
| 2 | Ocean Services Invoices | Y | Y | Subject to FRE 106 | |
| 3 | Omni2Max Payments | Y | Y | Subject to FRE 106 | |
| 4 | Omni2Max Vessel Coordinator Invoices | Y | Y | | |
| 5 | February 2, 2021 E-mail from Michael Rin to Teddy Santos | Y | Y | | |
| 6 | February 2, 2021 E-mail from Tatro to Rin – Price Proposal | Y | Y | | |
| 7 | February 3, 2021 E-mail Tatro to Rin  - Business Propoal | Y | | FRE 106 | |
| 8 | February 3, 2021 E-mail Tatro to Rin Critical Submission Data | Y | | FRE 106 | |
| 9 | February 5, 2021 E-mail from Tatro to Rin – Technical Proposal | Y | Y | | |
| 10 | February 6, 2021 Rin E-mail response to Solicitation Four E-mails | Y | Y | | |
| 11 | March 29, 2021 Email Rin to Tatro Discussion Notice. | Y | Y | | |
| 12 | March 31, 2021 E-mail Tatro to Santos Special Time Boxes | Y | Y | | |
| 13 | April 6, 2021 E-mail Santos to Tatro Omni2Max, Inc Discussion Notice RFP N32205-21-R-4112 | Y | N | FRE 106 | |
| 14 | April 7. 2021 E-mail Rin to Maxwell | Y | Y | | |

ATTORNEYS AT LAW
BAUFRE MOYNIHAN & JOHNSON LLP
2101 FOURTH AVENUE, STE  2400
SEATTLE, WASHINGTON  98121
TELEPHONE: (206) 443-3400

| | | | | | |
|---|---|---|---|---|---|
| | | FW Business Proposal Updated | | | |
| | 15 | April 8, 2021 E-mail Rin to Tomlin, Orvin Final Revision Proposal | Y | Y | |
| | 16 | April 28, 2021 E-mail Tatro to Rin Responses to Discussion Questions dated 27 April 2021 | Y | N | FRE 106 |
| | 17 | April 28, 2021 E-mail Rin to Tomlin, Orvin Final Revision Proposal 2 E-mails | Y | Y | |
| | 18 | MSC Contract Award | Y | Y | |
| | 19 | June 16, 2021 E-mail Tatro to Hall Joint Coordinator PD | Y | Y | |
| | 20 | November 2, 2021 E-mail Santos to Tatro Invoice 20030 | Y | Y | |
| | 21 | November 2, 2021 E-mail Maxwell to Allsion Invoice 20030 | Y | Y | |
| | 22 | November 5, 2021 E-mail Stabbert to Tatro, Allison, Sckorohod, Stabbert O2M Meeting 11/5 | Y | Y | |
| | 23 | January 08, 2022 E-mail Stabbert to Maxwell O2M SM | Y | Y | |
| | 24 | January 10, 2022 E-mail Stabbert to Maxwell O2M SM | Y | Y | |
| | 25 | January 21, 2022 E-mail Stabbert to Maxwell O2M SM | Y | Y | |
| | 26 | January 29, 2022  E-mail Maxwell to Stabbert O2M SM | Y | Y | |
| | 27 | February 4, 2022 E-mail Stabbert to Maxwell O2M proposed subcontracting agreement | Y | N | FRE 106 FRE 801/802 |
| | 28 | February 6, 2022 E-mail Hall to Tatro Hairston Hamby | Y | Y | |
| | 29 | February 7, 2022 E-mail Tatro to Stabbert O2M proposed subcontracting agreement | Y | Y | |
| | 30 | February 7, 2022 E-mail | Y | Y | |

PRETRIAL ORDER - 16
NO. 2:22-cv-01058-JHC

| | | | | | |
|---|---|---|---|---|---|
| | | Stabbert to Maxwell Hairston | | | |
| 1 | 31 | April 13, 2022 E-mail Hall to Tatro Communications | Y | Y | |
| 2 | 32 | April 19, 2022 Santos to Maxwell POP | Y | Y | |
| 3 | 33 | April 27, 2022 E-mail Maxwell to Hamby OSV Gear for Transport | Y | Y | |
| 4 | 34 | May 2, 2022 E-mail Hall to Forde, Sckorohod Neal Forde | Y | N | FRE 402 |
| 5 | 35 | May 18, 2022 E-mail Tatro to Santos RE 21C4040 Additional Attachments Upcoming Modification | Y | Y | |
| 6 | 36 | June 6, 2022 E-mail Maxwell to Tatro Ocean Valor Status Report | Y | Y | |
| 7 | 37 | June 17, 2022 E-mail Maxwell to Santos POP Change | Y | Y | |
| 8 | 38 | July 13, 2022 E-mail Tatro to Santos Contract Attachments A/F/L/K/M | Y | Y | |
| 9 | 39 | August 31, 2022 Tatro to Santos August 31, 2022 ATF Proposal | Y | Y | |
| 10 | 40 | September 14, 2022 E-mail Santos to Forde, Tatro Crane Loade Increase Proposal | Y | Y | |
| 11 | 41 | September 14, 2022 E-mail Santos to Tatro ATF Proposal | Y | Y | |
| 12 | 42 | October 3, 2022 E-mail Allison to Santos ATF Proposal | Y | N | FRE 801/802 FRE 402/403 |
| 13 | 43 | November 15, 2022 E-mail Santos to Tatro Valor Internet | Y | N | FRE 106 |
| 14 | 44 | July 19, 2023  E-mail Edwards to Tatro | Y | Y | |

ATTORNEYS AT LAW
BAUFRE MOYNIHAN & JOHNSON LLP
2101 FOURTH AVENUE, STE  2400
SEATTLE, WASHINGTON  98121
TELEPHONE: (206) 443-3400

| | | | | | |
|---|---|---|---|---|---|
| | Ocean Valor Return to Hire Status | | | | |
| 45 | January 6,2021 E-mail Rin to Orvin N3220521RJun4112 Amendment 0001 – Clarification No. 1 | Y | Y | | |
| 46 | January 19, 2021 E-mail Rin to Tatro GovWin IQ Priority Opportunity | Y | Y | | |
| 47 | July 2, 2022 E-mail Tatro to Santos POP Change | Y | Y | | |
| 48 | April 19, 2022 E-mail Tatro to Santos POP | Y | Y | | |
| 49 | March 10, 2022 E-mail Santos to Forde Anti-Force Protection Task Order | Y | Y | | |
| 50 | February 2 2022 E-mail Stabbert to Maxwell O2M | Y | Y | | |
| 51 | January 6, 2021 E-mail Rin to Orvin, Tomlin N3220521R4112 Amendment 0001 - Clarification No.1 | Y | Y | | |
| 52 | March 16, 2022 E-mail Tatro to Santos Termination of Task Order OC-01-02 | Y | Y | | |
| 53 | June 24, 2022 E-mail Tatro to Santos Subcontracting Plan | Y | Y | | |
| 54 | March 10, E-mail Santos to Forde FW: Anti-Force Protection Task Order | Y | Y | | |

ATTORNEYS AT LAW
BAUFRE MOYNIHAN & JOHNSON LLP
2101 FOURTH AVENUE, STE  2400
SEATTLE, WASHINGTON  98121
TELEPHONE: (206) 443-3400

**DEFENDANT'S EXHIBITS**

| Trial Ex | Doc Date | Description | Authenticity | Admissibility | Objection | Admitted |
|---|---|---|---|---|---|---|
| 500 | 7/18/2023 | Amended Notice of Rule 30(B)(6) deposition of Ocean Services, LLC | Y | N | FRE 403 | |
| 501 | 8/17/2016 | Joint Venture Agreement | Y | N | FRE 403 | |
| 502 | 10/2/2018 | Email from A. Maxwell to MSC re Proposal for Solicitation | Y | N | FRE 403 | |
| 503 | 10/1/2018 | Attachment B - Basic Pricing Data | Y | N | FRE 403 | |
| 504 | 7/16/2020 | Teaming Agreement | Y | N | FRE 403 | |
| 505 | 6/17/2020 | Email from M. Rin to P. Tatro re SURTASS Long Term – RFP Released | Y | N | FRE 403 | |
| 506 | 6/17/2020 | SURTASS RFP | Y | N | FRE 403 | |
| 507 | 11/22/2019 | Performance Work Statement | Y | N | FRE 403 | |
| 508 | 7/8/2020 | Email from M. Rin to P. Tatro re SURTASS-E Long Term Proposal | Y | N | FRE 403 | |
| 509 | 8/11/2016 | Letter from A. Maxwell to Ocean Services re Intent to Engage Ocean Services for Subcontractor Services | Y | Y | | |
| 510 | 8/3/2020 | Email from P. Tatro to M. Rin re Updated SURTASS-E Price | Y | N | FRE 403 | |
| 511 | 8/3/2020 | SURTASS-E Proposal Blocks 13-17 | Y | N | FRE 403 | |
| 512 | 8/30/2020 | Pricing Data | Y | N | FRE 403 | |
| 513 | 7/10/2020 | Letter from Ocean Carrier Holding re SURTASS-E Support Vessel | Y | Y | | |
| 514 | 7/11/2020 | Email from P. Tatro to M. Rin re SURTASS-E Critical Submission Package | Y | Y | | |
| 515 | 11/20/2020 | Letter from Orvin to Omni2Max | Y | Y | | |
| 516 | 11/24/2020 | Email from M. Rin to P. Tatro re Notice of Exclusion | Y | Y | | |
| 517 | | PACFLT Unrep Support Vessel Charter Performance Work Statement | Y | Y | | |

ATTORNEYS AT LAW
BAUFRE MOYNIHAN & JOHNSON LLP
2101 FOURTH AVENUE, STE  2400
SEATTLE, WASHINGTON  98121
TELEPHONE: (206) 443-3400

| Trial Ex | Doc Date | Description | Authenticity | Admissibility | Objection | Admitted |
|---|---|---|---|---|---|---|
| 518 | 1/4/2021 | Email from P. Tatro to N. Forde re PACFLT UNREP SUPPORT VESSEL CHARTER RFP | Y | Y | | |
| 519 | 1/6/2021 | Request for Clarification | Y | Y | | |
| 520 | 1/19/2021 | Amendment of Solicitation 0002 | Y | Y | | |
| 521 | 2/6/2021 | Technical Proposal | Y | Y | | |
| 522 | 1/15/2021 | Email from P. Tatro to N. Forde re SURTASS-E Pricing information | Y | N | FRE 403 | |
| 523 | 1/15/2021 | Pricing Data | Y | N | FRE 403 | |
| 524 | 1/15/2021 | Email from D. Stabbert to K. Allison re MSC San Diego Contract | Y | N | FRE 403 | |
| 525 | 1/17/2021 | Email from P. Tatro to L. Sckorohod re MSC UNREP Proposal Rates | Y | Y | | |
| 526 | 1/17/2021 | Pricing Data | Y | Y | | |
| 527 | 4/6/2021 | Email from T. Santos to P. Tatro re Amendment | Y | Y | | |
| 528 | 4/2/2021 | Amendment of Solicitation 0005 | Y | Y | | |
| 529 | 4/6/2021 | Email from P. Tatro to T. Santos re Discussion Notice | Y | Y | | |
| 530 | 4/8/2021 | Email from M. Rin to Navy re Final Proposal Revision | Y | Y | | |
| 531 | 4/8/2021 | Pricing Data | Y | Y | | |
| 532 | 4/27/2021 | Email from P. Tatro to D. Stabbert re MSC UNREP RFP | Y | Y | | |
| 533 | 4/28/2021 | Email from P. Tatro to M. Rin re Responses for Discussion Questions | Y | Y | | |
| 534 | 4/27/2021 | Responses for Discussion Questions | Y | Y | | |
| 535 | 4/28/2021 | Pricing Data | Y | Y | | |
| 536 | 4/28/2021 | Email from M. Rin to Navy re Final Proposal Revision | Y | Y | | |
| 537 | 4/28/2021 | Pricing Data | Y | Y | | |

ATTORNEYS AT LAW
BAUFRE MOYNIHAN & JOHNSON LLP
2101 FOURTH AVENUE, STE 2400
SEATTLE, WASHINGTON 98121
TELEPHONE: (206) 443-3400

| Trial Ex | Doc Date | Description | Authenticity | Admissibility | Objection | Admitted |
|---|---|---|---|---|---|---|
| 538 | 5/17/2021 | MSC Award- Contract N3220521C4020 | Y | Y | | |
| 539 | 5/10/2021 | Email from P. Tatro to M. Rin re Final Proposal Revision | Y | Y | | |
| 540 | 1/27/2021 | BIMCO | Y | Y | | |
| 541 | 1/17/2021 | Email from P. Tatro to N. Forde re MSC UNREP Support Vessel Proposal - BIMCO | | | | |
| 542 | 2/7/2022 | Email from P. Tatro to D. Stabbert re O2M Proposed subcontracting agreement | Y | Y | | |
| 543 | 3/13/2023 | OS Response to Interrogatories | Y | Y | | |
| 544 | 1/29/2022 | Email from D. Stabbert to A. Maxwell re O2M SM (Allen Dan) Meeting Notes | Y | Y | | |
| 545 | 6/17/2022 | Email from P. Tatro to T. Santos re POP Change | Y | Y | | |
| 546 | 11/21/2022 | Email from T. Santos to P. Tatro re Valor Internet | Y | Y | | |
| 547 | 8/31/2021 | Email from T. Santos to M. Hall and P. Tatro re Ocean Valor Extending Canceling Layday | Y | Y | | |
| 548 | 9/1/2021 | Modification of Solicitation | Y | Y | | |
| 549 | 10/13/2021 | Email from P. Tatro to K. Allison re Ocean Valor Crewing | Y | Y | | |
| 550 | 3/10/2022 | Email from K. Allison to L. Sckorohod re Anti-Force Protection Task Order | Y | Y | | |
| 551 | 5/18/2021 | Email from P. Tatro to M. Rin re MSC Award | Y | Y | | |
| 552 | 1/15/2021 | Email from L. Sckorohod to D. Stabbert re OM2Mx Surtass JV Pricing | Y | N | FRE 403 | |
| 553 | 1/18/2021 | Email from L. Sckorohod to P. Tatro re MSC UNREP Proposal Rates | Y | Y | | |
| 554 | 1/18/2021 | Pricing Data | Y | Y | | |

ATTORNEYS AT LAW
BAUFRE MOYNIHAN & JOHNSON LLP
2101 FOURTH AVENUE, STE  2400
SEATTLE, WASHINGTON  98121
TELEPHONE: (206) 443-3400

| Trial Ex | Doc Date | Description | Authenticity | Admissibility | Objection | Admitted |
|---|---|---|---|---|---|---|
| 555 | 4/26/2021 | Email from D. Stabbert to P. Tatro re SURTASS-E contracted | Y | Y | | |
| 556 | 10/15/2021 | Email from C. Utt to L. Sckorohod re OCEAN VALOR Staffing | Y | Y | | |
| 557 | 11/9/2021 | Email from L. Sckorohod to D. Stabbert re O2M Meeting 11/5/21 | Y | Y | | |
| 558 | 5/18/2022 | Letter from Ocean Services to Omni2Max re Supplytime 2017 Time Charter Party for Offshore Vessel "Ocean Valor" | Y | Y | | |
| 559 | 10/27/2021 | Email from L. Sckorohod to P. Tatro re Omni2Max Talking Points | Y | Y | | |
| 560 | 1/26/2021 | Email from P. Tatro to N. Forde re BIMCO | Y | Y | | |
| 561 | 1/27/2022 | Email from M. Hall to N. Forde re Vessel Coordinator Resumes | Y | Y | | |
| 562 | 8/4/2016 | Email from D. Stabbert to K. Allison re Logos for Venilia Maritime | Y | N | | |
| 563 | 8/9/2016 | Email from D. Stabbert to K. Allison re MSC Meeting with Omni2Max | Y | N | FRE 403 | |
| 564 | 3/4/2021 | Decision denying protest | Y | Y | | |
| 565 | 2/21/2022 | Email from P. Tatro to D. Stabbert re draft note to Allen | Y | N | FRE 408 | |
| 566 | 6/24/2021 | Email from P. Tatro to T. Santos re subcontracting plan | Y | Y | | |
| 567 | 11/5/2021 | Email from D. Stabbert re O2M Meeting 11/5/21 | Y | Y | | |
| 568 | 1/4/2022 | Email from P. Tatro to D. Stabbert re Information & Recommendations to assist with your meeting with Allen | Y | Y | | |
| 569 | 2/15/2022 | Email from P. Tatro to D. Stabbert re draft language for a note to Allen | Y | N | FRE 408 | |
| 570 | 2/16/2022 | Email from P. Tatro to K. Allison re Hairston | Y | N | FRE 408 | |

ATTORNEYS AT LAW
BAUFRE MOYNIHAN & JOHNSON LLP
2101 FOURTH AVENUE, STE 2400
SEATTLE, WASHINGTON 98121
TELEPHONE: (206) 443-3400

| Trial Ex | Doc Date | Description | Authenticity | Admissibility | Objection | Admitted |
|---|---|---|---|---|---|---|
| 571 | 7/27/2023 | Email from McLean to Casperson re O2M SM (Allen Dan) Meeting notes | Y | Y | | |
| 572 | 8/8/2016 | Email from D. Stabbert to K. Allison re JV Agreement | Y | N | FRE 403 | |
| 573 | 8/8/2016 | Joint Venture Agreement | Y | N | FRE 403 | |
| 574 | 8/9/2016 | Email from D. Stabbert to K. Allison re MSC Meeting with Omni2Max | Y | N | FRE 403 | |
| 575 | 8/12/2016 | Email from R. Pauley to L. Sckorohod re MSC Proposal | Y | N | FRE 403 | |
| 576 | 1/18/2021 | Email from K. Allison to P. Tatro re MSC San Diego Contract | Y | Y | | |
| 577 | 1/19/2021 | Email from K. Allison to D. Stabbert re Valor Proforma | Y | Y | | |
| 578 | 1/19/2021 | Excel Analysis Chart | Y | Y | | |
| 579 | 10/25/2021 | Email from P. Tatro to K. Allison re Ocean Valor Invoices 20025, 20026 | Y | Y | | |
| 580 | 4/27/2021 | BIMCO Daily Rate Chart | Y | Y | | |
| 581 | 11/12/2021 | Email from K. Allison to A. Maxwell re MSC Contract - Ocean Valor | Y | Y | | |
| 582 | 11/12/2021 | BIMCO Supplytime 2017 | Y | Y | | |
| 583 | 12/7/2021 | Email from P. Tatro to K. Allison re Omni2max BIMCO | Y | Y | | |
| 584 | 11/2/2021 | Email from A. Maxwell to K. Allison re Invoice 20030 | Y | Y | | |
| 585 | 1/11/2022 | Email from K. Allison to P. Tatro re O2M SM (Allen Dan) Meeting Notes | Y | Y | | |
| 586 | 9/15/2022 | Email from K. Allison to P. Tatro re ATF Proposal | Y | N | FRE 403 | |
| 587 | 11/8/2022 | Email from K. Allison to Cuttitte re Ocean Valor - increased speed cost | Y | Y | | |
| 588 | 5/6/2022 | Email from K. Allison to M. Long re Omni2Max Invoice 20053 | Y | Y | | |

ATTORNEYS AT LAW
BAUFRE MOYNIHAN & JOHNSON LLP
2101 FOURTH AVENUE, STE 2400
SEATTLE, WASHINGTON 98121
TELEPHONE: (206) 443-3400

| Trial Ex | Doc Date | Description | Authenticity | Admissibility | Objection | Admitted |
|---|---|---|---|---|---|---|
| 589 | 10/22/2021 | Ocean Services Invoice 20025 | Y | Y | | |
| 590 | 10/22/2021 | Ocean Services Invoice 20026 | Y | Y | | |
| 591 | 11/5/2021 | Ocean services Invoice 20030 | Y | Y | | |
| 592 | 11/18/2021 | Ocean Services Invoice 20034 | Y | Y | | |
| 593 | 12/2/2021 | Ocean Services Invoice 20035 | Y | Y | | |
| 594 | 12/2/2021 | Ocean Services Invoice 20039 | Y | Y | | |
| 595 | 1/4/2022 | Ocean Services Invoice 20040 | Y | Y | | |
| 596 | 1/20/2022 | Ocean Services Invoice 20042 | Y | Y | | |
| 597 | 2/3/2022 | Ocean Services Invoice 20043 | Y | Y | | |
| 598 | 2/18/2022 | Ocean Services Invoice 20044 | Y | Y | | |
| 599 | 3/7/2022 | Ocean Services Invoice 20045 | Y | Y | | |
| 600 | 3/21/2022 | Ocean Services Invoice 20047 | Y | Y | | |
| 601 | 4/4/2022 | Ocean Services Invoice 20050 | Y | Y | | |
| 602 | 4/4/2022 | Email from K. Allison to Lawrence re Omni2Max 20050 Invoice (Subject to redaction/privilege issue) | Y | N | FRE 403 | |
| 603 | 5/5/2022 | Ocean Services Invoice 20053 | Y | Y | | |
| 604 | 11/4/2021 | Email from Ruiz to Wilder re Seabreeze Books & Charts | Y | N | FRE 403 | |
| 605 | 4/27/2022 | Email from K. Allison to M. Long re Valor Crew - Training Days | Y | Y | | |
| 606 | 6/20/2022 | Ocean Services Invoice 20058 | Y | Y | | |
| 607 | 3/22/2022 | Subcontractor Task Order OC-02 | Y | N | FRE 403 | |
| 608 | 7/1/2022 | Ocean Services Invoice 20066 | Y | Y | | |
| 609 | 7/1/2022 | Email from K. Allison to M. Long re Omni2Max 20065 & 20066 | Y | Y | | |
| 610 | 10/4/2022 | Email from Accounting to M. Long re MSC | Y | Y | | |

ATTORNEYS AT LAW
BAUFRE MOYNIHAN & JOHNSON LLP
2101 FOURTH AVENUE, STE 2400
SEATTLE, WASHINGTON 98121
TELEPHONE: (206) 443-3400

| Trial Ex | Doc Date | Description | Authenticity | Admissibility | Objection | Admitted |
|---|---|---|---|---|---|---|
| | | Request for Period of Performance Change to Omni2Max's contract | | | | |
| 611 | 10/16/2022 | Ocean Services Invoice 20083 | Y | Y | | |
| 612 | 9/6/2022 | Email from K. Allison to M. Long re Omni2Max Payment | Y | Y | | |
| 613 | 7/29/2022 | Ocean Service's Complaint against Omni2Max | Y | Y | | |
| 614 | 9/15/2017 | Sale of Interest in Joint Venture Agreement | Y | N | FRE 403 | |
| 615 | 10/1/2018 | BIMCO Standard Bareboat Charter | Y | N | FRE 403 | |
| 616 | 1/18/2021 | Email from Ford to P. Tatro re BARECON | Y | Y | | |
| 617 | 7/16/2020 | Proposal Action Sheets | Y | N | FRE 403 | |
| 618 | 7/10/2020 | Ocean Services commitment letter | Y | N | FRE 403 | |
| 619 | 11/24/2020 | Email from M. Rin to P. Tatro re N32205-20-R-4041 Notice of Exclusions (SURTASS) | Y | N | FRE 403 | |
| 620 | 11/30/2020 | Email from T. Santos to P. Tatro re SURTASS-E Debrief | Y | Y | | |
| 621 | 11/30/2020 | SURTASS-E Long Term Debriefing | Y | Y | | |
| 622 | 11/28/2020 | Email from P. Tatro to M. Rin re Surtass-E | Y | Y | | |
| 623 | 11/30/2020 | Bid Protest of Omni2Max, Inc. | Y | Y | | |
| 624 | 12/23/2020 | MSC Protest Denial re Solicitation N32205-20-R-4041 | Y | Y | | |
| 625 | 1/8/2021 | Bid Protest of Omni2Max, Inc. | Y | Y | | |
| 626 | 1/15/2021 | MSC Reply to Protester's Comments on the Agency Report | Y | Y | | |
| 627 | 1/22/2021 | Solicitation - Solicitation No. N3220521R4112 | Y | Y | | |
| 628 | 1/5/2021 | Email from P. Tatro to M. Rin re MSC RFP Clarification No. 1 | Y | Y | | |
| 629 | 2/2/2021 | Email from P. Tatro to M. Rin re MSC Proposal - Time Charter | Y | Y | | |

ATTORNEYS AT LAW
BAUFRE MOYNIHAN & JOHNSON LLP
2101 FOURTH AVENUE, STE  2400
SEATTLE, WASHINGTON  98121
TELEPHONE: (206) 443-3400

| Trial Ex | Doc Date | Description | Authenticity | Admissibility | Objection | Admitted |
|---|---|---|---|---|---|---|
| 630 | 1/6/2021 | Request for Clarification/Question – Question No. 3 | Y | Y | | |
| 631 | 1/6/2021 | Request for Clarification/Question – Question No. 4 | Y | Y | | |
| 632 | 2/2/2021 | Email from P. Tatro to M. Rin re MSC UNREP Support Vessel Proposal - Price Proposal | Y | Y | | |
| 633 | 2/2/2021 | Total Evaluation Price Proposal | Y | Y | | |
| 634 | 2/6/2021 | Email from P. Tatro to M. Rin re MSC UNREP Support Vessel Proposal - Price Proposal | Y | Y | | |
| 635 | 2/6/2021 | Email form P. Tatro to M. Rin re MSC UNREP Support Vessel Proposal - Price Proposal | Y | Y | | |
| 636 | 2/6/2021 | Total Evaluation Price Proposal | Y | Y | | |
| 637 | 4/7/2021 | Email from P. Tatro to T. Santos re MSC Proposal Pricing Proposal Information updated - Final Proposal Revision | Y | Y | | |
| 638 | 4/7/2021 | Total Evaluation Price Proposal | Y | Y | | |
| 639 | 4/27/2021 | Email from T. Santos to P. Tatro re N32205-21-R-4112 pac Fit OSV Amendment A0006 | Y | Y | | |
| 640 | 4/27/2021 | Amendment of Solicitation 0006 | Y | Y | | |
| 641 | 11/2/2021 | Email from P. Tatro to T. Santos re Follow-up | Y | Y | | |
| 642 | 11/2/2021 | BIMCO Daily Rate Chart | Y | Y | | |
| 643 | 5/18/2021 | Email from M. Rin to P. Tatro re MSC Award | Y | Y | | |
| 644 | 1/19/2021 | Email from M. Rin to P. Tatro re GovWin IQ Priority Opportunity Alert | Y | Y | | |
| 645 | 1/26/2021 | Email from P. Tatro to N. Forde re BIMCO | Y | Y | | |
| 646 | 1/26/2021 | Draft BIMCO | Y | Y | | |

ATTORNEYS AT LAW
BAUFRE MOYNIHAN & JOHNSON LLP
2101 FOURTH AVENUE, STE 2400
SEATTLE, WASHINGTON 98121
TELEPHONE: (206) 443-3400

| Trial Ex | Doc Date | Description | Authenticity | Admissibility | Objection | Admitted |
|---|---|---|---|---|---|---|
| 647 | 1/27/2021 | BIMCO Supplytime 2017 | Y | Y | | |
| 648 | 1/27/2021 | Email from M. Rin to P. Tatro re N3220521R4112 Amendment 003 - Now due Monday, Feb 8, 2021 | Y | Y | | |
| 649 | 1/27/2021 | Amendment of Solicitation 0003 | Y | Y | | |
| 650 | 1/27/2021 | BIMCO Supplytime 2017 | Y | Y | | |
| 651 | 2/3/2021 | Email from P. Tatro to M. Rin to MSC UNREP Support Vessel Proposal - Critical Submission Data | Y | Y | | |
| 652 | 2/6/2021 | Email from M. Rin to MSC re Omni2Max, Inc. Response to N32205-21-R-4112 Amendment 0004 (Part 1 or 4) | Y | Y | | |
| 653 | 7/6/2021 | Email from T. Santos to P. Tatro re BIMCO | Y | Y | | |
| 654 | 6/2/2022 | Email from P. Tatro to E. Biong re Payment Status | Y | Y | | |
| 655 | 9/15/2022 | Email from K. Allison to P. Tatro re ATF Proposal | Y | N | FRE 403 | |
| 656 | 2/3/2022 | Email from P. Tatro to T. Santos re subcontracting plan | Y | Y | | |
| 657 | 1/5/2022 | Email from P. Tatro to M. Hall re AT/FP Crew Requirement Mod | Y | Y | | |
| 658 | 1/5/2022 | Training pricing sheet | Y | Y | | |
| 659 | 1/18/2022 | Email from P. Tatro to T. Santos re ATF proposal | Y | Y | | |
| 660 | 1/18/2022 | Training pricing sheet | Y | Y | | |
| 661 | 3/10/2022 | Email from T. Santos to N. Forde re Anti-Force Protection Task Order | Y | Y | | |
| 662 | 3/10/2022 | Subcontractor Task Order OC-01-01 | Y | Y | | |
| 663 | 3/10/2022 | Email from P. Tatro to L. Sckorohod re Anti-Force Protection Task Order | Y | Y | | |

ATTORNEYS AT LAW
BAUFRE MOYNIHAN & JOHNSON LLP
2101 FOURTH AVENUE, STE 2400
SEATTLE, WASHINGTON 98121
TELEPHONE: (206) 443-3400

| Trial Ex | Doc Date | Description | Authenticity | Admissibility | Objection | Admitted |
|---|---|---|---|---|---|---|
| 664 | 3/16/2022 | Email from T. Santos to N. Forde re Termination of Task Order OC-01-02 | Y | Y | | |
| 665 | 3/16/2022 | Subcontractor Task Order OC-01-02 | Y | Y | | |
| 666 | 9/14/2022 | Email from P. Tatro to K. Allison re ATFP Day Rate Increase Approval | Y | Y | | |
| 667 | 10/3/2021 | Email from K. Allison to P. Tatro re ATF Proposal | Y | Y | | |
| 668 | 8/16/2022 | Email from K. Allison to E. Biong re Omni2Max Payment | Y | Y | | |
| 669 | 6/10/2021 | Email from P. Tatro to M. Hall re Vessel Coordinator Job Descriptions and Duties (Draft) | Y | Y | | |
| 670 | 6/16/2021 | Email from P. Tatro to M. Hall re Coordinator Position Description | Y | Y | | |
| 671 | 6/16/2021 | Vessel Coordinator Job Description and Duties (draft - PRT) | Y | Y | | |
| 672 | 6/24/2021 | BIMCO Daily Rate Chart | Y | Y | | |
| 673 | 8/16/2021 | Email from M. Hall to P. Tatro re Background investigation )Wait 24 hours before accessing EQIP) - Philip Munch 8-16-2021 | Y | Y | | |
| 674 | 7/7/2021 | Email from P. Tatro to M. Hall re Vessel Coordinator | Y | Y | | |
| 675 | 7/7/2021 | Email from M. Hall to P. Tatro re Vessel coordinator resume | Y | Y | | |
| 676 | 7/28/2021 | Email from P. Tatro to M. Hall re Coordinator Position | Y | Y | | |
| 677 | 7/23/2021 | Email from P. Tatro to M. Hall re Ocean Valor Coordinator Position | Y | Y | | |
| 678 | 11/15/2021 | Email from P. Tatro to M. Hall re Revised Organizational Chart | Y | Y | | |
| 679 | 11/15/2021 | MSC Contract N3220521C4020 Organization Chart | Y | Y | | |
| 680 | 11/16/2021 | Email from P. Tatro to M. Hall re Vessel | Y | Y | | |

ATTORNEYS AT LAW
BAUFRE MOYNIHAN & JOHNSON LLP
2101 FOURTH AVENUE, STE  2400
SEATTLE, WASHINGTON  98121
TELEPHONE: (206) 443-3400

| Trial Ex | Doc Date | Description | Authenticity | Admissibility | Objection | Admitted |
|---|---|---|---|---|---|---|
| | | Project Manager Position Description | | | | |
| 681 | 11/16/2021 | Vessel Project Manager Job Description and Duties | Y | Y | | |
| 682 | 11/17/2021 | Email from M. Hall to D. Maxwell re Vessel Project Coordinator Position Description | Y | Y | | |
| 683 | 11/17/2021 | Vessel Coordinator and Project Manager Job Description and Duties | Y | Y | | |
| 684 | 11/18/2021 | Email from L. Sckorohod to M. Hall re Vessel Project Coordinator Position Description | Y | Y | | |
| 685 | 1/6/2022 | Email from P. Tatro to M. Hall re Moving Forward - Notes and Actions | Y | Y | | |
| 686 | 1/6/2022 | Omni2Max and Ocean Services - Plan for Moving Forward | Y | Y | | |
| 687 | 1/21/2022 | Email from M. Hall to N. Forde re Vessel Coordinator Resumes | Y | Y | | |
| 688 | 2/7/2022 | Email from D. Stabbert to N. Forde re Omni2max Hire | Y | Y | | |
| 689 | 6/22/2022 | Email from K. Allison to E. Biong re Omni2max invoice - 20052 | Y | Y | | |
| 690 | 11/4/2022 | Email from P. Tatro to Hamby re Ocean Valor - upcoming ops | Y | Y | | |
| 691 | 11/8/2022 | Email from K. Allison to Cuttitte re Ocean Valor Mobilization | Y | N | FRE 403 | |
| 692 | 9/15/2021 | Email from P. Tatro to K. Allison re MSC/Omnimax Review | Y | N | FRE 403 | |
| 693 | 4/7/2021 | Attachment C: Crew Complement | Y | Y | | |
| 694 | 8/4/2020 | Email from M. Rin to MSC re Omni2Max, Inc. Response to N32205-21-R-4112 Amendment 0004 (Part 4 of 4) | Y | N | FRE 403 | |
| 695 | 8/4/2020 | Attachment C: Crew Complement | Y | N | FRE 403 | |
| 696 | 6/24/2021 | Email from P. Tatro to T. Santos re subcontracting plan | Y | Y | | |

ATTORNEYS AT LAW
BAUFRE MOYNIHAN & JOHNSON LLP
2101 FOURTH AVENUE, STE  2400
SEATTLE, WASHINGTON  98121
TELEPHONE: (206) 443-3400

| Trial Ex | Doc Date | Description | Authenticity | Admissibility | Objection | Admitted |
|---|---|---|---|---|---|---|
| 697 | 11/15/2021 | Email from L. Sckorohod to D. Maxwell re Operations Coordinator Position | Y | Y | | |
| 698 | 12/16/2021 | Email from L. Sckorohod to D. Maxwell re Operations Coordinator Resumes | Y | Y | | |
| 699 | 3/30/2016 | DOD Contract Security Classification Specification | Y | N | FRE 403 | |
| 700 | 7/29/2016 | Section C - Performance Wok Statement | Y | N | FRE 403 | |
| 701 | 3/15/2017 | Email from R. Pauley to K. Allison re Proposal Plan - R/V Acoustic Explorer (N66001-17-R-0079) | Y | N | FRE 403 | |
| 702 | 3/15/2017 | OceanMax, LLC Proposal - Solicitation No. N66001-17-R-0079 | Y | N | FRE 403 | |
| 703 | 1/15/2021 | Email from D. Stabbert to P. Tatro re MSC SD Crane Need | Y | Y | | |
| 704 | 4/27/2021 | Email from P. Tatro to N. Forde re MSC UNREP RFP | Y | Y | | |
| 705 | 2/4/2022 | Email from D. Stabbert to A. Maxwell re O2M proposed subcontracting agreement | Y | Y | | |
| 706 | 4/7/2022 | Email from K. Allison to L. Sckorohod re N32205-21-C-4020 Ocean Valor Change in POP | Y | Y | | |
| 707 | 7/3/2022 | Ocean Services Invoice No. 20065 | Y | Y | | |
| 708 | 7/1/2022 | Ocean Services Invoice No. 20068 | Y | Y | | |
| 709 | 8/16/2022 | Email from K. Allison to E. Biong re Omni2Max Payment | Y | Y | | |
| 710 | 10/4/2022 | Email from K. Allison to M. Long re MSC Request for Period of Performance Change to Omni2max's contract | Y | Y | | |
| 711 | 4/25/2016 | Solicitation Offer and Award | Y | N | FRE 403 | |
| 712 | 3/31/2017 | Email from R. Pauley to A. Maxwell re Emailing: v3 Volume II | Y | N | FRE 403 | |

ATTORNEYS AT LAW
BAUFRE MOYNIHAN & JOHNSON LLP
2101 FOURTH AVENUE, STE 2400
SEATTLE, WASHINGTON 98121
TELEPHONE: (206) 443-3400

| Trial Ex | Doc Date | Description | Authenticity | Admissibility | Objection | Admitted |
|---|---|---|---|---|---|---|
| | | - Price Cost information<br>- RV Acoustic Explorer<br>- Ron Comments | | | | |
| 713 | 2/27/2018 | Email from D. Stabbert to Sckorohod re OmniMax JVA Sale/Repurpose Doc | Y | N | FRE 403 | |
| 714 | 9/25/2018 | Joint Venture Agreement Omni2Max, Inc. and Pacific Survey Group, LLC Operating as OceanMax, LLC | Y | N | FRE 403 | |
| 715 | 9/28/2018 | Omni2Max Business Proposal - Solicitation No. N32205-18-R-3516 | Y | N | FRE 403 | |
| 716 | 1/6/2021 | Bid Protest of Omni2Max, Inc. - Declaration of Allen F. Maxwell | Y | Y | | |
| 717 | 9/21/2018 | Omni2Max Critical Submission Data | Y | N | FRE 403 | |
| 718 | 10/2/2019 | Email from A. Maxwell to M. Rin re SURTASS M. Long Term Market Survey | Y | N | FRE 403 | |
| 719 | 11/28/2020 | Email from P. Tatro to M. Rin re Surtass-E | Y | Y | | |
| 720 | 1/5/2021 | Email from P. Tatro to M. Rin re MSC RFP Clarification No. 1 | Y | Y | | |
| 721 | 1/6/2021 | Request for Clarification/Question No. 1 | Y | Y | | |
| 722 | 2/2/2021 | Draft proposal boxes 13-17 | Y | Y | | |
| 723 | 2/5/2021 | Email from M. Rin to P. Tatro re GovWin IQ Priority Opportunity Alert | Y | Y | | |
| 724 | 2/5/2021 | Amendment of Solicitation/Modification of Contract No. 004 | Y | Y | | |
| 725 | 2/6/2021 | Email from P. Tatro to M. Rin re MSC UNREP Support Vessel Proposal - Technical Proposal | Y | Y | | |
| 726 | 3/26/2021 | MSC Notice to Omni2Max re amendment 0004 | Y | Y | | |
| 727 | 4/7/2021 | Email from P. Tatro to T. Santos re MSC Business Proposal Information updated - Final Proposal Revision | Y | Y | | |

ATTORNEYS AT LAW
BAUFRE MOYNIHAN & JOHNSON LLP
2101 FOURTH AVENUE, STE 2400
SEATTLE, WASHINGTON 98121
TELEPHONE: (206) 443-3400

| Trial Ex | Doc Date | Description | Authenticity | Admissibility | Objection | Admitted |
|---|---|---|---|---|---|---|
| 728 | 4/7/2021 | Email from P. Tatro to T. Santos re MSC Proposal Pricing Proposal Information updated - Final Proposal Revision | Y | Y | | |
| 729 | 4/8/2021 | Email from P. Tatro to T. Santos re MSC Final Proposal Revision - Technical  Proposal | Y | Y | | |
| 730 | 4/8/2021 | Email from M. Rin to MSC re Omni2Max Final  Proposal Revision - N3225-21-R-4112 Amendment 0005 (Updated) | Y | Y | | |
| 731 | 4/27/2021 | MSC Notice to Omni2Max re Amendment 0005 | Y | Y | | |
| 732 | 4/27/2021 | Amendment of Solicitation/Modification of Contract No. 006 | Y | Y | | |
| 733 | 4/27/2021 | Proposal boxes 13-17 | Y | Y | | |
| 734 | 5/17/2021 | MSC Contract No. N3220521C4020 | Y | Y | | |
| 735 | 6/24/2021 | Email from P. Tatro to T. Santos re subcontracting plan | Y | Y | | |
| 736 | 6/24/2021 | Email from P. Tatro to T. Santos re subcontracting plan | Y | Y | | |
| 737 | 1/18/2021 | Ocean Valor Basic Pricing Data | Y | Y | | |
| 738 | 1/18/2021 | Email from P. Tatro to K. Allison re MSC San Diego Contract | Y | Y | | |
| 739 | 3/23/2022 | Email from K. Allison to N. Forde re Default Notice | Y | N | FRE 403 | |
| 740 | 3/23/2022 | Default letter | Y | Y | | |
| 741 | 3/10/2022 | Subcontract Task Order | Y | Y | | |
| 742 | 9/15/2022 | Email from K. Allison to P. Tatro re ATFP Day Rate Increase Approval | Y | Y | | |
| 743 | 6/17/2022 | Email from P. Tatro to T. Santos re POP Change | Y | Y | | |
| 744 | 4/19/2022 | Email from P. Tatro to T. Santos re POP Change | Y | Y | | |

ATTORNEYS AT LAW
BAUFRE MOYNIHAN & JOHNSON LLP
2101 FOURTH AVENUE, STE  2400
SEATTLE, WASHINGTON  98121
TELEPHONE: (206) 443-3400

| Trial Ex | Doc Date | Description | Authenticity | Admissibility | Objection | Admitted |
|---|---|---|---|---|---|---|
| 745 | 5/19/2022 | OS Invoice 20055 | Y | Y | | |
| 746 | 6/3/2022 | OS Invoice 20057 | Y | Y | | |
| 747 | 7/20/2022 | OS Invoice 20069 | Y | Y | | |
| 748 | 8/31/2022 | Email from K. Allison to D. Stabbert Accounting re 8/25/22 Payment | Y | Y | | |
| 749 | 8/2/2022 | OS Invoice 20071 | Y | Y | | |
| 750 | 8/2/2022 | Email from K. Allison to M. Long re Omni2max invoices | Y | Y | | |
| 751 | 8/18/2022 | OS Invoice 20073 | Y | Y | | |
| 752 | 9/7/2022 | OS Invoice 20077 | Y | Y | | |
| 753 | 9/7/2022 | OS Invoice 20078 | Y | Y | | |
| 754 | 9/16/2022 | OS Invoice 20079 | Y | Y | | |
| 755 | 10/1/2022 | OS Invoice 20080 | Y | Y | | |
| 756 | 10/3/2022 | Email from K. Allison to M. Long re Invoice 20080 | Y | Y | | |
| 757 | 10/4/2022 | Invoice 20081 | Y | Y | | |
| 758 | 10/4/2021 | Subcontract agreement | Y | N | FRE 403 | |
| 759 | 3/10/2022 | Subcontractor task order OC-01-01 | Y | N | FRE 403 | |
| 760 | 3/16/2022 | Subcontractor task order OC-01-02 | Y | N | FRE 403 | |
| 761 | 10/4/2022 | Training spreadsheet | Y | N | FRE 403 | |
| 762 | 10/14/2022 | Email from K. Allison to Willis re Omni2max 20083 (Charter invoice) | Y | Y | | |
| 763 | 11/1/2022 | OS Invoice 20101 | Y | Y | | |
| 764 | 11/15/2022 | OS Invoice 20114 | Y | Y | | |
| 765 | 11/21/2022 | OS Invoice 20115 | Y | Y | | |
| 766 | 11/15/2022 | Email from K. Allison to Accounting re Valor internet | Y | Y | | |
| 767 | 11/30/2022 | OS Invoice 20116 | Y | Y | | |

ATTORNEYS AT LAW
BAUFRE MOYNIHAN & JOHNSON LLP
2101 FOURTH AVENUE, STE  2400
SEATTLE, WASHINGTON  98121
TELEPHONE: (206) 443-3400

| Trial Ex | Doc Date | Description | Authenticity | Admissibility | Objection | Admitted |
|---|---|---|---|---|---|---|
| 768 | 12/15/2022 | OS Invoice 20123 | Y | Y | | |
| 769 | 12/30/2022 | OS Invoice 20124 | Y | Y | | |
| 770 | 12/30/2022 | OS Invoice 20132 | Y | Y | | |
| 771 | 1/14/2023 | OS Invoice 20138 | Y | Y | | |
| 772 | 1/17/2023 | OS Invoice 20139 | Y | Y | | |
| 773 | 1/29/2023 | OS Invoice 20140 | Y | Y | | |
| 774 | 2/13/2023 | OS Invoice 20147 | Y | Y | | |
| 775 | 2/28/2023 | OS Invoice 20150 | Y | Y | | |
| 776 | 2/17/2023 | Email from M. Hall to Willis re Phoenix International PO (Valor) | Y | Y | | |
| 777 | 10/19/2022 | ABS invoice 100310693986 | Y | Y | | |
| 778 | 12/21/2022 | OS Invoice 20125 | Y | Y | | |
| 779 | 10/19/2022 | ABS Invoice 10031069386 | Y | Y | | |
| 780 | 12/21/2022 | Phoenix International Reimbursable items | Y | Y | | |
| 781 | 2/17/2023 | OS Invoice 20148 | Y | Y | | |
| 782 | 1/6/2023 | Phoenix International Reimbursable items | Y | Y | | |
| 783 | 1/6/2023 | Hiller Invoice 391424 | Y | Y | | |
| 784 | 12/8/2021 | Omni2Max Invoice 1 | Y | Y | | |
| 785 | 12/8/2021 | Omni2Max Invoice 3 | Y | Y | | |
| 786 | 12/8/2021 | Omni2Max Invoice 4 | Y | Y | | |
| 787 | 1/20/2022 | Omni2Max Invoice 5 | Y | Y | | |
| 788 | 2/9/2022 | Omni2Max Invoice 6 | Y | Y | | |
| 789 | 2/25/2022 | Omni2Max Invoice 7 | Y | Y | | |
| 790 | 3/11/2022 | Omni2Max Invoice 8 | Y | Y | | |

ATTORNEYS AT LAW
BAUFRE MOYNIHAN & JOHNSON LLP
2101 FOURTH AVENUE, STE  2400
SEATTLE, WASHINGTON  98121
TELEPHONE: (206) 443-3400

| Trial Ex | Doc Date | Description | Authenticity | Admissibility | Objection | Admitted |
|---|---|---|---|---|---|---|
| 791 | 3/24/2022 | Omni2Max Invoice 9 | Y | Y | | |
| 792 | 4/11/2022 | Omni2Max Invoice 10 | Y | Y | | |
| 793 | 7/7/2022 | Omni2Max Invoice 13 | Y | Y | | |
| 794 | 7/14/2022 | Omni2Max Invoice 15 | Y | Y | | |
| 795 | 7/21/2022 | Omni2Max Invoice 16 | Y | Y | | |
| 796 | 8/12/2022 | Omni2Max Invoice 16 | Y | Y | | |
| 797 | 8/25/2022 | Omni2Max Invoice 18 | Y | Y | | |
| 798 | 9/14/2022 | Omni2Max Invoice 19 | Y | Y | | |
| 799 | 10/22/2021 | Email from K. Allison to Lawrence re Ocean Valor billing | Y | Y | | |
| 800 | 9/22/2022 | Omni2max balance | Y | Y | | |
| 801 | 6/5/2022 | Email from P. Tatro to MSC re Ocean Valor Report and Plan ahead | Y | Y | | |
| 802 | 6/6/2022 | Email from N. Cabrera to N. Forde re Ocean Valor Status 06JUN2022 | Y | Y | | |
| 803 | 6/6/2022 | Email from P. Tatro to K. Allison re Ocean Valor Status 06JUN2022 | Y | Y | | |
| 804 | 6/6/2022 | email from P. Tatro to N. Cabrera re Ocean Valor Status 06JUN2022 | Y | Y | | |
| 805 | 10/11/2022 | P00009 Bilateral Signed SF-30 | N | N | | |
| 806 | 7/18/2023 | Email from P. Tatro to J. Edwards re Ocean Valor return to on-hire status | Y | Y | | |
| 807 | 7/20/2023 | Letter from BMJ LLP to Procopio | Y | Y | | |
| 808 | 10/10/2023 | Email from J. Edwards to S. Kanak re Price Proposal - Contract Modification for Western Pacific Operations | Y | N | FRE 802 | |
| 809 | 10/19/2023 | Cure Notice Addressing Condition Endangering | Y | N | FRE 802 | |

ATTORNEYS AT LAW
BAUFRE MOYNIHAN & JOHNSON LLP
2101 FOURTH AVENUE, STE 2400
SEATTLE, WASHINGTON 98121
TELEPHONE: (206) 443-3400

| Trial Ex | Doc Date | Description | Authenticity | Admissibility | Objection | Admitted |
|---|---|---|---|---|---|---|
| | | Performance of Contract No. N32205-21-C-4020 | | | | |
| 810 | 1/11/2022 | Email from P. Tatro to D. Stabbert re O2M SM (Allen Dan) Meeting Notes | Y | Y | | |
| 811 | 4/6/2017 | Email from J. Nell to K. Allison re Acoustic Explorer - Economic Model | Y | N | FRE 403 | |
| 812 | Various | D.o.D. WAWF (Wide Area Workflow) Vendor Invoice/Payment receipts and confirmations | | | | |

ATTORNEYS AT LAW
BAUFRE MOYNIHAN & JOHNSON LLP
2101 FOURTH AVENUE, STE  2400
SEATTLE, WASHINGTON  98121
TELEPHONE: (206) 443-3400

DATED this Tuesday, January 02, 2024.

BAUER MOYNIHAN & JOHNSON LLP

/s/ Donald K. McLean
Donald K. McLean, WSBA No. 24158
Attorney for Plaintiff and Counter-Defendant
Ocean Services, LLC, and Third-Party
Defendants Stabbert Maritime, LLC and Ocean
Guardian Holding, LLC
Bauer Moynihan & Johnson LLP
2101 Fourth Avenue, Suite 2400
Seattle, WA  98121
Tel: (206) 443-3400
Fax: (206) 448-9076
E-mail: dkmclean@bmjlaw.com

PROCOPIO, CORY, HARGREAVES &
SAVITCH LLP
/s/ Sean M. Sullivan
Sean M. Sullivan (WSBA No. 52385)
Edward C. Walton (*Pro Hac Vice*)
Attorney for Defendant
OMNI2MAX, INC.
525 B Street, Suite 2200
San Diego, CA 92101
T: 619.238.1900
F: 619.235.0398
E: sean.sullivan@procopio.com
E: ed.walton@procopio.com

Dated this 5th day of January, 2024.

John H. Chun
United States District Judge

PRETRIAL ORDER - 37
NO. 2:22-cv-01058-JHC

ATTORNEYS AT LAW
BAUFRE MOYNIHAN & JOHNSON LLP
2101 FOURTH AVENUE, STE  2400
SEATTLE, WASHINGTON  98121
TELEPHONE: (206) 443-3400