UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| OCEAN SERVICES, LLC, a Washington limited liability company,<br><br>                Plaintiff,<br><br>    v.<br><br>OMNI2MAX, INC., a California Corporation<br><br>                Defendant. | NO. 2:22-cv-01058-JHC<br><br>STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE DISMISSAL PAPERWORK |
| OMNI2MAX, INC., a California Corporation,<br><br>        Counterclaimant/Third-Party Plaintiff,<br><br>    v.<br><br>OCEAN SERVICES, LLC, a Washington limited liability company,<br><br>                Counter-defendant,<br><br>STABBERT MARITIME, LLC, a Washington limited liability company, OCEAN GUARDIAN HOLDING, LLC, a Washington limited liability company,<br><br>                Third-Party Defendants. | |

STIPULATION AND ORDER - 1
NO. 2:22-cv-01058-JHC

**STIPULATION**

The parties, by and through their undersigned counsel of record, hereby stipulate, consent and agree as follows:

1. This case involves issues related to an ongoing contract.

2. Although the parties have settled the issues related to the pending lawsuit, there has been an issue regarding the final settlement agreement and how it impacts performance of the contract moving forward.

3. The tentative settlement agreement included an arbitration clause to resolve these issues, and the parties may conduct arbitration to resolve these issues.

4. The parties request an additional thirty days to complete the final paperwork and, if necessary, conduct arbitration.

DATED: October 18, 2023.

PROCOPIO, CORY, HARGREAVES & SAVITCH LLP

By: /s/ Sean M. Sullivan

Sean M. Sullivan, WSBA No. 52385
Edward C. Walton appearing Pro Hac Vice
525 B Street, Suite 2200
San Diego, CA 92101
T: 619.238.1900 F: 619.235.0398
E: sean.sullivan@procopio.com
E: ed.walton@procopio.com
Attorneys for Defendant and Third-Party Plaintiff
OMNI2MAX, INC.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

BAUER MOYNIHAN & JOHNSON LLP


By: <u>/s/ Donald K. McLean</u>
Donald K. McLean, WSBA No. 24158
2101 Fourth Avenue, Suite 2400
Seattle, WA 98121
T: (206) 443-3400  F: (206) 448-9076
E: dkmclean@bmjlaw.com
Attorneys for Plaintiff and Counter-Defendant Ocean Services, LLC and Third-Party Defendants Stabbert Maritime, LLC and Ocean Guardian Holding, LLC

# ORDER

Having considered the parties' stipulation, the Court hereby orders that the parties shall have until November 21, 2024 to submit the closing paperwork.

**IT IS SO ORDERED.**

Dated this 18th day of October, 2024.

                                                     John H. Chun
                                                  United States District Judge