UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| OCEAN SERVICES, LLC, a Washington limited liability company,<br><br>                    Plaintiff,<br><br>    v.<br><br>OMNI2MAX, INC., a California Corporation<br><br>                    Defendant. | NO. 2:22-cv-01058-JHC<br><br>STIPULATION AND ORDER OF DISMISSAL |
| OMNI2MAX, INC., a California Corporation,<br><br>          Counterclaimant/Third-Party Plaintiff,<br><br>    v.<br><br>OCEAN SERVICES, LLC, a Washington limited liability company,<br><br>                  Counter-defendant,<br><br>STABBERT MARITIME, LLC, a Washington limited liability company, OCEAN GUARDIAN HOLDING, LLC, a Washington limited liability company,<br><br>                Third-Party Defendants. | |

STIPULATION AND ORDER - 1
NO. 2:22-cv-01058-JHC

# STIPULATION

The parties, by and through their undersigned counsel of record, hereby stipulate, consent, and agree as follows:

1. All issues related to the current lawsuit have been resolved.

The parties request that the matter be dismissed with prejudice and without costs to any party.

DATED: March 25, 2025

PROCOPIO, CORY, HARGREAVES & SAVITCH LLP

By: /s/ Edward C. Walton

Sean M. Sullivan, WSBA No. 52385
Edward C. Walton, appearing Pro Hac Vice
525 B Street, Suite 2200
San Diego, CA 92101
T: 619.238.1900 | F: 619.235.0398
E: sean.sullivan@procopio.com
E: ed.walton@procopio.com
Attorneys for Defendant and Third-Party Plaintiff Omni2Max, Inc.

BAUER MOYNIHAN & JOHNSON LLP

By: /s/ Donald K. McLean

Donald K. McLean, WSBA No. 24158
2101 Fourth Avenue, Suite 2400
Seattle, WA 98121
T: (206) 443-3400 | F: (206) 448-9076
E: dkmclean@bmjlaw.com
Attorneys for Plaintiff and Counter-Defendant Ocean Services, LLC and Third-Party Defendants Stabbert Maritime, LLC and Ocean Guardian Holding, LLC

## **ORDER**

Having considered the parties' Stipulation, the Court hereby orders that this matter is DISMISSED with prejudice and without costs to any party.

**IT IS SO ORDERED.**

Dated this 25th day of March, 2025

_____
John H. Chun
United States District Judge

STIPULATION AND ORDER - 3
NO. 2:22-cv-01058-JHC